E-FILED
 Thursday, 10 March, 2005 01:30:51 PM
 Clerk, U.S. District Court, ILCD

CDIL PROB 22
(Rev. 4/97)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Trans. Court)
00-40062-001

DOCKET NUMBER (Rec. Court)
4-05-mc-00011

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Vernon Lashawn Lee
3706 Esplanade, Apt 3
Davenport, IA 52801

DISTRICT: CENTRAL DISTRICT OF ILLINOIS

DIVISION: Rock Island

NAME OF SENTENCING JUDGE

HONORABLE MICHAEL M. MIHM

DATES OF PROBATION/SUPERVISED RELEASE:
FROM 01/04/05
TO 01/03/09

OFFENSE

Possession With Intent to Distribute Cocaine Base
21 U.S.C. 841(a)(1) and (b)(1)(B)

FILED
MAR 1 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Iowa upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/20/05
Date

S/Michael M. Mihm
HON. MICHAEL M. MIHM
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

S/Ronald Longstaff
United States District Judge