E-FILED
Thursday, 10 March, 2005 01:40:55 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793.5778
FAX: 309.793.5878

OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

March 10, 2005

Clerk, U.S. District Court
Southern District of Iowa
123 E. Walnut St., Room 300
P.O. Box 9344
Des Moines, IA 50306-9344

Re: USA v Vernon Lashawn Lee
    CDIL Case # 00-40062
    SDIA Case # 05-MC-00011

Dear Clerk,

Pursuant to the Prob 22 order transferring the above entitled cause of action to your district, I am transmitting herewith an original Prob 22 Order, certified copies of the docket sheet, indictment, judgment and commitment order and financial ledger.

Please acknowledge receipt of these documents on the copy of this letter and return it to our office.

Sincerely,


John M. Waters, Clerk

JMW/dlk

Enc.

_____
Received documents described above on this date _____

By Deputy Clerk _____